# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 29, 2016

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

        Re: Case No. 14-1816, *Jill Babcock v. MI, et al*
            Originating Case No. : 2:12-cv-13010

Dear Mr. Weaver:

  Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Leon T. Korotko
                Case Manager
                Direct Dial No. 513-564-7014

cc:  Ms. Denise C. Barton
      Mr. Ali Wehby Charara
      Mr. Gary L. Grant
      Ms. Christina M. Grossi

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-1816

_____

Filed: February 29, 2016

JILL BABCOCK

    Plaintiff - Appellant

v.

STATE OF MICHIGAN; MICHIGAN STRATEGIC FUND

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 02/05/2016 the mandate for this case hereby issues today.

COSTS: None